**DISMISSED and Opinion Filed November 1, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01262-CV**

**IN RE KELLY O. BROOKS, Relator**

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-24-18780**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Miskel

Before the Court are relator's October 28, 2024 petition for writ of mandamus and October 29, 2024 request for expedited processing and motion to stay pending resolution of petition for writ of mandamus, the latter of which we construe as an emergency motion for temporary relief. In the petition, relator challenges various actions by a civil associate judge related to a hearing on an application for temporary restraining order. In the emergency motion, relator seeks a stay of the temporary restraining order and the order granting plaintiff's motion for expedited discovery that the civil associate judge issued on October 25, 2024.

Initially, we note that relator's petition does not comply with the Texas Rules of Appellate Procedure in numerous respects. *See, e.g.*, TEX. R. APP. P. 9.1, 52.3(g), 52.3(j), 52.3(k)(1)(A), 52.7(a).

Notwithstanding these defects, we lack jurisdiction to entertain this mandamus petition. This Court does not have jurisdiction to grant a writ of mandamus against a civil associate judge unless the civil associate judge is interfering with our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b); *In re Homesite Ins. Co.*, No. 05-24-00973-CV, 2024 WL 3880620, at *1 (Tex. App.—Dallas Aug. 20, 2024, orig. proceeding) (mem. op.); *In re Davis*, No. 05-14-00841-CV, 2014 WL 3052478, at *1 (Tex. App.—Dallas July 3, 2014, orig. proceeding) (mem. op.). Relator does not explain how the civil associate judge's actions interfere with our jurisdiction, and we ascertain no reason.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction. We also deny as moot relator's emergency motion for temporary relief.

241262f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE